UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 03370
    TAMICKA N DIXON

                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

          Debtor
    SSN XXX-XX-6424

------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 02/14/2008 and was confirmed 04/14/2008.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 09/08/2008.
------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| GEMB SAMS | UNSECURED | NOT FILED | .00 | .00 |
| NDC CK SVC | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 565.90 | .00 | .00 |
| R&R COUNTRY | UNSECURED | NOT FILED | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 8262.42 | .00 | .00 |
| AMERICREDIT FINANCIAL SV | SECURED VEHIC | 23869.73 | 646.65 | 1920.95 |
| AMERICREDIT FINANCIAL SV | UNSECURED | NOT FILED | .00 | .00 |
| LITTON LOAN SERVICING | CURRENT MORTG | .00 | .00 | .00 |
| LITTON LOAN SERVICING | MORTGAGE ARRE | 11143.54 | .00 | .00 |
| LITTON LOAN SERVICING | CURRENT MORTG | .00 | .00 | .00 |
| LITTON LOAN SERVICING | MORTGAGE ARRE | 2825.00 | .00 | .00 |
| LITTON LOAN SERVICING | NOTICE ONLY | NOT FILED | .00 | .00 |
| MORTGAGE ELECTRONIC SYS | NOTICE ONLY | NOT FILED | .00 | .00 |
| ROBERT J SEMRAD & ASSOC | DEBTOR ATTY | 3,331.50 | | 970.50 |
| TOM VAUGHN | TRUSTEE | | | 307.65 |
| DEBTOR REFUND | REFUND | | | 1,157.17 |

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 5,002.92 | |
| PRIORITY | | .00 |
| SECURED | | 1,920.95 |
|     INTEREST | | 646.65 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | 970.50 |
| TRUSTEE COMPENSATION | | 307.65 |
| DEBTOR REFUND | | 1,157.17 |

              PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 03370 TAMICKA N DIXON

TOTALS                        5,002.92                5,002.92


    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 12/22/08                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE